# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1459
_____

ERICA WILLIAMS ROSS,

Appellant,

v.

SOUTHERN ACCOUNT SERVICES,
INC.,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
R. Scott Ritchie, Judge.

July 31, 2024


PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Erica Williams Ross, pro se, Appellant.

Hugh Shafritz and Aaron F. Miller of Shafritz and Associates, PA, Delray Beach, for Appellee.